GUSTAV BLAZEK, Appellant, v. WALLKILL PUBLIC SERVICE CORPORATION, Respondent.— Motion for reargument granted, and the case set down for Monday, March 11, 1929, to be argued when reached. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

GIACOMO BOTTO, as Administrator, etc., of ALBERT V. BOTTO, Deceased, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

ROBERT BUSBY, as Committee of GEORGE BUSBY, an Incompetent Person, Respondent, v. ERIE RAILROAD COMPANY and Others, Appellants.— Motion for stay granted, upon condition that appellants perfect the appeal for Monday, March 4, 1929 (for which day the case is set down), and be ready for argument when reached, and that the examination before trial already ordered shall proceed without delay or obstruction upon the part of defendants; otherwise, motion denied, with ten dollars costs. The clerk of this court is hereby directed to place the case on the calendar for Monday, March 4, 1929. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

CAESAR CONTINI, Respondent, v. FONDA, JOHNSTOWN AND GLOVERSVILLE RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

CROSS, AUSTIN & IRELAND LUMBER COMPANY, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

FRANK D'AMORE, Appellant, v. THE SWEDISH AUGUSTANA HOME FOR THE AGED and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

CHARLES L. DIMON, Respondent, v. JOHN L. CURLEY and JESSICA SHEWAN, as Executors, etc., of JAMES SHEWAN, Deceased, and EDWIN SHEWAN, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellants to apply to the Court of Appeals. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.